IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COLETTE GODFREY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09cv906 (LMB/IDD) |
| ) | |
| YUM! BRANDS, INC., et al. ) | |
| ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Colette Godfrey, ("Godfrey"), by counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the action filed against Defendants YUM! Brands, Inc., Taco Bell of America, Inc., and Taco Bell Store No.: 9406 (collectively hereinafter referred to as "Defendants"), and states as follows:

Under Rule 41(a)(1), Godfrey may voluntarily dismiss this action before the opposing parties serve either an answer or a motion for summary judgment. None of the Defendants in this action have filed an answer or a motion for summary judgment. Plaintiff hereby dismisses this action voluntarily, and does so without prejudice.

Respectfully submitted,

**COLETTE GODFREY**

By: _[signature]_
Counsel

David D. Hudgins, VSB #20602
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 facsimile
e-mailbox@hudginslawfirm.com